**Order entered December 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01053-CV

## IN THE BEST INTEREST AND PROTECTION OF K.G.

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. M-11992**

## ORDER

Before the Court is appellant's December 28, 2020 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received December 24, 2020 filed as of the date of this order.

Appellee's brief shall be filed no later than January 14, 2021.

/s/     LANA MYERS
         JUSTICE